[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11672

Non-Argument Calendar

_____

AHAD B. AZEMI,

Plaintiff-Appellant,

*versus*

BLUE ORIGIN ALABAMA LLC,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 5:24-cv-01398-CLM

_____

2                    Opinion of the Court                    25-11672

Before ROSENBAUM, JILL PRYOR, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Ahad B. Azemi, *pro se*, appeals from the district court's order granting the defendant's motion to compel arbitration and stay the case.

An appeal may not be taken from an interlocutory order that compels arbitration and stays, rather than dismisses, the action. 9 U.S.C. § 16(b)(1)-(3); *see Am. Express Fin. Advisors, Inc. v. Makarewicz*, 122 F.3d 936, 939 (11th Cir. 1997) (dismissing for lack of jurisdiction appeal of an order compelling arbitration, staying proceedings, and administratively closing the case); *Green Tree Fin. Corp.-Ala. v. Randolph*, 531 U.S. 79, 87 n.2 (2000) (noting that if the district court had entered a stay, rather than a dismissal, the order would not have been appealable, per § 16(b)(1)). The district court's order here stayed, rather than dismissed, the case and contemplated further proceedings. We thus lack jurisdiction to review the order at this time.